Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 1

FUJIFILM MANUFACTURING USA, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

S U M M O N S

Court No. 21-00384

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Greenville-Spartanburg, South Carolina - 1603 | Center (if known): | Pharmaceuticals, Health and Chemicals |
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | FUJIFILM MANUFACTURING USA, INC. | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | Aluminum Plates | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 50030422212 | 06/14/2018 | 05/10/2019 | | | |
| 50030423079 | 06/21/2018 | 05/17/2019 | | | |
| | | | | | |
| | | | | | |

Patrick D. Gill / pgill@strtrade.com
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017 / 212-549-0156

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | **Classification, Rate or Amount** | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Aluminum Plates | 7606.91.30 | 3% + 10% | 3701.30.00 OR 7606.91.30 OR 7606.11.60 | Free<br>3%<br>5.3% |
| | 7607.11.60 | 5.3% + 10% | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

| The issue which was common to all such denied protests: |
|---|
| Failure to classify the merchandise under heading 3701.30.0000 and, alternatively, the failure to grant exclusion from section 232 duites in the classification under 7606.91.30 and 7607.11.60. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Patrick D. Gill
*Signature of Plaintiff's Attorney*

08/06/2021
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

Pharmaceuticals, Health and Chemicals
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 160319100019 | 11/06/2019 | 02/10/2021 | 50030422212 | 06/14/2018 | 05/10/2019 | 1603 |
| 160319100020 | 11/13/2019 | 02/10/2021 | 50030423079 | 06/21/2018 | 05/17/2019 | 1603 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)